Cory Rex, Esq.
Nevada Bar No. 10577
REX LAW
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Phone: (702) 702-4739
Fax: (702) 872-3518
Email:  cory@coryrex.com
*Attorney for Plaintiff*
*ROMEO HEAGENS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROMEO HEAGENS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHIMON GANON, an individual; DOES I-X, and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No:  2:25-cv-00634-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS**<br><br>(First Request) |

The parties, by and through their respective counsel, stipulate and agree to extend the time to file Responses and Replies to the following motions **filed on January 22, 2026** (1) Defendant Shimon Ganon's Motion For Spoliation Sanctions (ECF 54) and (2) Defendant Shimon Ganon's Motion to Compel Plaintiff's Deposition Testimony (ECF 55).  The reason for the request is that the parties are in settlement negotiations.  The parties stipulate to extend the briefing schedule by 14 days.

/ / /

/ / /

/ / /

4860-3608-8895.1

Responses are due February 19, 2026.  Replies are due February 26, 2026.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | REX LAW |
|---|---|
| /s/   Jorge Ramirez_____<br>Jorge A. Ramirez, Esq.<br>Nevada Bar No. 6787<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>Phone: (702) 727-1400<br>Fax: (702) 727-1401<br>Email: Jorge.Ramirez@wilsonelser.com<br>*Attorneys for Defendant*<br>*SHIMON GANON* | /s/      Cory Rex_____<br>Cory Rex, Esq.<br>Nevada Bar No. 10577<br>170 South Green Valley Parkway, Suite 300<br>Henderson, NV 89012<br>Phone: (702) 702-4739<br>Fax: (702) 872-3518<br>Email:  cory@coryrex.com<br>*Attorney for Plaintiff*<br>*ROMEO HEAGENS* |

**IT IS SO ORDERED**

**DATED:** 4:29 pm, February 05, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**