**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

| | |
|---|---|
| Romeo Heagens, individually,<br><br>              Plaintiff,<br><br>vs.<br><br>Shimon Ganon, an individual; Does I-X, and Roe Business Entities I-X, inclusive<br><br>              Defendants. | Case No.:  2:25-cv-00634-BNW<br><br>**Stipulation and To Dismiss Plaintiff's Complaint With Prejudice** |

The parties stipulate to dismiss Plaintiff's complaint against Defendant Shimon Ganon with prejudice with all parties to bear their own fees and costs.

Dated this 24th day of March, 2026

**REX LAW**

*/s/ Cory Rex, Esq.*

Cory Rex, Esq.
Nevada Bar No. 10577
170 South Green Valley Parkway,
Suite 300
Las Vegas, NV  89012
*Attorney for Plaintiff*

Dated this 25th day of March, 2026

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Jorge A. Ramirez, Esq.*

Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant*

### ORDER

The above stipulation is granted. The pending motion at ECF No. 54 is denied as moot. The Clerk of Court is kindly directed to close this case.

**IT IS SO ORDERED**

**DATED:** 10:03 am, March 26, 2026

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

-2-